**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRIAN MICHAEL GAMINO,<br><br>    Plaintiff<br><br>v.<br><br>MICHAEL JEFFREY PEAR,<br><br>    Defendant | Case No.: 3:23-cv-00206-MMD -CSD<br><br>**Report & Recommendation of<br>United States Magistrate Judge**<br><br>Re: ECF Nos. 1, 1-1 |

    This Report and Recommendation is made to the Honorable Miranda M. Du, United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR 1B 1-4.

    Plaintiff has filed an application to proceed in forma pauperis (IFP) (ECF No. 1) and pro se complaint (ECF No. 1-1).

    Plaintiff sues Michael Jeffrey Pear, an attorney located in Newport Beach, California. He alleges that Pear was appointed as a judge for his traffic trial, and rendered a guilty verdict when the California Highway Patrol had working dash camera video and a body camera footage that would have showed his innocence. (ECF No. 1-1.)

    A civil action may be brought in:

> (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.

28 U.S.C. § 1391(b)(1)-(3).

Venue for this action is not proper in the District of Nevada as the defendant does not reside here, and a substantial part of the events giving rise to the claims did not occur in Nevada. Instead, venue appears to be proper in California.

"The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." 28 U.S.C. § 1406(a). This action should be dismissed without prejudice for Plaintiff to bring it in a proper venue.

## RECOMMENDATION

IT IS HEREBY RECOMMENDED that the District Judge enter an order **DISMISSING** the complaint (ECF No. 1-1) **WITHOUT PREJUDICE** for improper venue; and **DENYING** the IFP application (ECF No. 1) **AS MOOT**.

The Plaintiff should be aware of the following:

1. That he or she may file, pursuant to 28 U.S.C. § 636(b)(1)(C), specific written objections to this Report and Recommendation within fourteen days of being served with a copy of the Report and Recommendation. These objections should be titled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the district judge.

2. That this Report and Recommendation is not an appealable order and that any notice of appeal pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure should not be filed until entry of judgment by the district court.

Dated: September 12, 2023

_____
Craig S. Denney
United States Magistrate Judge